# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JERRAL MADISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SYSCO ATLANTA, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO.: 1:22-cv-04856-SDG |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS

Defendant Sysco Atlanta, LLC ("Sysco" or "Defendant"), through its undersigned counsel, hereby files this Motion to Extend Time to File Settlement Documents. Defendant's counsel and Plaintiff Jerral Madison's ("Madison" or "Plaintiff) (collectively, the "Parties") counsel met and conferred on December 14, 2023, and Plaintiff does not oppose this Motion. Defendant's Motion requests additional time in light of the holiday season to get formal approval and execute the revised settlement documents that Plaintiff recently provided. The Parties note that they have reached a final agreement with regard to the substance of all documents to be filed with the Court. Therefore, pursuant to Fed. R. Civ. P 6(b), Defendant respectfully moves the Court to extend the deadline to file documents to dispose of

the above captioned case up to, and including, January 5, 2024. In support of this Motion, the Defendant respectfully shows the Court as follows:

1. Plaintiff filed his Collective Action Complaint with the Northern District of Georgia on December 8, 2022. [Doc. 1].

2. Defendant filed its Answer, Objections, and Affirmative Defenses to Plaintiff's Collective Action Complaint on January 31, 2023. [Doc. 19].

3. The Parties filed their Joint Notice of Settlement on September 25, 2023, notifying the Court that the Parties reached settlement in principle. [Doc. 31].

4. Thereafter, the Court Ordered the Parties to file documents to dispose of the case by December 1, 2023. [Doc. 32].

5. On December 1, 2023, Plaintiff filed Plaintiff's Motion to Extend Time to File Settlement Documents. [Doc. 33]. Plaintiff's request was based on needing an additional two weeks to finalize and execute the agreement and to calculate the share of the settlement that each Collective Member will receive if they opt-in to the Collective. [Doc. 33].

6. The Court granted Plaintiff's unopposed Motion to Extend Time to File Settlement Documents, and ordered documents disposing of the case to be filed by December 15, 2023.

7. Although the Parties have worked diligently, and with good faith, to finalize the settlement documents, Defendant requests an additional two (2) weeks

to secure formal approval of, and to execute, the revised settlement documents that Plaintiff provided.

8. Thus, for the foregoing reasons, Defendant respectfully requests that the Court extend the deadline to file documents to dispose of the above captioned matter up to, and including, January 5, 2024.

9. A proposed Order is attached hereto for the Court's convenience.

Respectfully submitted this 15th day of December, 2023.

**BAKER & HOSTETLER LLP**

*/s/ Mitchell A. Robinson*
Mitchell A. Robinson
Georgia Bar No. 457665
marobinson@bakerlaw.com
Olivia S. Williams
Georgia Bar No. 804380
owilliams@bakerlaw.com
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

***Attorneys for Defendant,
Sysco Atlanta, LLC***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.l(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: December 15, 2023

*/s/ Mitchell A. Robinson*
Georgia Bar No. 457665

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing DEFENDANT'S MOTION TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS was electronically filed today using the CM/ECF filing system, which will electronically serve all counsel of record.

This 15th day of December, 2023.

                                                    */s/ Mitchell A. Robinson*
                                                  Georgia Bar No. 457665