IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRAL MADISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SYSCO ATLANTA, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO.: 1:22-cv-04856-SDG |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION AND DISMISSING ACTION WITH PREJUDICE**

Plaintiff, by and through his undersigned counsel, on behalf of himself and all similarly situated individuals ("Opt-In Plaintiffs"), respectfully requests that the Court enter an order: (1) approving the parties' Settlement Agreement and Release (the "Agreement" or "Settlement Agreement"), [Doc. #35]; (2) approving Collective Counsel's proposed Attorneys' Fees and Litigation Expenses; (3) approving the Named Plaintiff's proposed General Release Payment; (4) approving the Notice of Settlement (Exhibit 1) and Opt-In Claim and Release Form (Exhibit 2) and (5) dismissing the action *with prejudice*. Plaintiff's Motion is based on the Agreement,

1

Memorandum of Law, and the exhibits attached hereto, all of which are filed contemporaneously with this Motion.

RESPECTFULLY SUBMITTED,

Dated: January 5, 2024

By: /s/ Eric Sands

Eric Sands (*admitted pro hac vice*)
Nicholas Conlon (*admitted pro hac vice*)
**BROWN, LLC**
111 Town Square Pl Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5279
eric.sands@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiff*

Roger Orlando
**THE ORLANDO FIRM, P.C.**
315 West Ponce De Leon Ave
Suite 400
Decatur, GA 30030
T: (973) 898-0404
roger@orlandofirm.com

*Local Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.l(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.


Dated: January 5, 2024

                                                    */s/ Eric Sands*
                                                  Eric Sands (*Admitted Pro Hac Vice)*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION AND DISMISSING ACTION WITH PREJUDICE was electronically filed today using the CM/ECF filing system, which will electronically serve all counsel of record.

Dated: January 5, 2024

                                           */s/ Eric Sands*
                                           Eric Sands (*Admitted Pro Hac Vice*)