IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JERRAL MADISON, individually and on behalf of all others similarly situated, | ) ) ) ) ) | CIVIL ACTION FILE NO.: 1:22-cv-04856-SDG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SYSCO ATLANTA, LLC, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE**

Plaintiff, by and through his undersigned counsel, respectfully requests that the Court enter an order: (1) approving the parties' Settlement Agreement and Release (the "Agreement" or "Settlement Agreement"), [Doc. #47]; (2) approving Plaintiff Counsel's proposed Attorneys' Fees and Litigation Expenses; (3) approving Plaintiff's proposed General Release Payment; and (4) dismissing the action *with prejudice*. Plaintiff's Motion is based on the Agreement, Memorandum of Law, and the exhibit attached hereto, all of which are filed contemporaneously with this Motion.

1

                                                                     RESPECTFULLY SUBMITTED,

Dated:	November 22, 2024

                                            By: */s/ Eric Sands*
                                                   Eric Sands (*admitted pro hac vice)*
                                                   Nicholas Conlon (*admitted pro hac vice*)
                                                 **BROWN, LLC**
                                                 111 Town Square Pl Suite 400
                                                 Jersey City, NJ 07310
                                                 T: (877) 561-0000
                                                 F: (855) 582-5279
                                                 eric.sands@jtblawgroup.com
                                                 nicholasconlon@jtblawgroup.com

                                                 *Lead Counsel for Plaintiff*

                                                 Roger Orlando
                                                 **THE ORLANDO FIRM, P.C.**
                                                 315 West Ponce De Leon Ave
                                                 Suite 400
                                                 Decatur, GA 30030
                                                 T: (973) 898-0404
                                                 roger@orlandofirm.com

                                                 *Local Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.l(D) of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: November 22, 2024

*/s/ Eric Sands*
Eric Sands (*Admitted Pro Hac Vice)*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE was electronically filed today using the CM/ECF filing system, which will electronically serve all counsel of record.

Dated: November 22, 2024

                                                  */s/ Eric Sands*
                                                  Eric Sands (*Admitted Pro Hac Vice)*