### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JERRAL MADISON, *individually and on behalf of all others similarly situated,*<br>    Plaintiff,<br>            v.<br>SYSCO ATLANTA, LLC,<br>    Defendant. | Civil Action No.<br>1:22-cv-04856-SDG |

### ORDER

This matter is before the Court on Plaintiff Jerral Madison's unopposed motion for approval of a proposed settlement agreement resolving his claims under the Fair Labor Standards Act (FLSA) [ECF 48]. After careful review, the Court finds that the settlement is a "fair and reasonable resolution of a bona fide dispute" that is consistent with the "letter and spirit of the FLSA."[1] *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350,1354–55 (11th Cir. 1982). This finding is buttressed by the fact that the parties were represented by competent counsel in an adversarial context, and that attorneys' fees were separately negotiated.[2] *See generally Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227 (M.D. Fla. 2010). Madison's motion for settlement approval [ECF 48] is accordingly **GRANTED**. The proposed settlement agreement [ECF 47] is **APPROVED**, and this case is **DISMISSED**.

---

1   *See* ECF 48-1, at 10–15.

2   *See id.* at 15–18.

1

This case shall remain closed.

**SO ORDERED** this 25th day of June, 2025.

                                              Steven D. Grimberg
                                    United States District Judge